UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:14-CV-316-D

| | |
|---|---|
| MADUAKO C. FERGUSON, SR., et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| TELEXELECTRIC, LLLP, et al. | ) |
| | ) |
| Defendants. | ) |

**ORDER GRANTING MOTION TO TRANSFER**

This cause comes before the Court on Plaintiffs' request and all others similarly situated ("Plaintiffs"), and respectfully move this court for an order immediately transferring venue of this case from the District of North Carolina to the District of Massachusetts, Central Division, for any further proceedings. This motion is made and based upon facts showing that transfer is in the interest of justice and for the convenience of all parties. Transfer is requested pursuant to 28 U.S.C. §1404.

**DISCUSSION**

Various TelexFree entities (collectively, "TelexFree") and related individuals operated an illegal pyramid scheme whereby they sold securities in the form of "memberships" and essentially paid members to recruit other investors whose new membership fees alone kept the scheme afloat. Until TelexFree changed its compensation plan in March 2014, a month before it filed for bankruptcy, it did not

require "promoters" to sell its "product" to be eligible for a guaranteed return of over 200%.

It is alleged that Telexfree entities, officers, retained professionals, and insider promoters operated this pyramid-type Ponzi scheme ("Pyramid Ponzi Scheme") out of its Marlborough, Massachusetts headquarters and sales office. Additionally, all complaints allege persons and entities that worked closely with TelexFree after they knew or reasonably should have known their operation was a scam, aided, abetted, and otherwise violated the law. These persons and entities included their attorneys, CPA, payment processors,[1] investment service providers,[2] and banks.[3]

Including this action, there are currently 6 pending civil actions awaiting ruling on a 28 U.S.C. § 1407 request in Massachusetts. Further, related governmental action by the United States Securities and Exchange Commission, and bankruptcy proceedings are pending in Massachusetts.

## CONCLUSION

Accordingly, in the interests of justice and the convenience of both parties, Plaintiffs' motion to transfer is hereby GRANTED.

---

[1] Propay, Inc., doing business as Propay.com, Base Commerce, LLC, doing business as Phoenix Payments Global Payroll Gateway Inc., International Payout Systems, Inc., and Vantage Payments, LLC.
[2] Waddell & Reed Financial, Inc., Waddell & Reed, Inc., FMR, LLC, also known as Fidelity Investments, and the Doe Investment Services Global Payroll
[3] Fidelity Co-Operative Bank, Middlesex Savings Bank, Bank Of America Corporation, Bank Of America, N.A., TD Bank, N.A., Citizens Financial Group, Inc.,, Citizens Bank of Massachusetts, Wells Fargo & Company, Wells Fargo Bank, N.A., and Doe Banks.

SO ORDERED. This **23** day of September 2014.

                                                  JAMES C. DEVER III
Chief United States District Judge